IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

\_\_\_ Priority
\_\_\_ Send
\_\_\_ Clsd
\_\_\_ Enter
_X_ JS-5/JS-6
\_\_\_ JS-2/JS-3

Omega Consulting, as Assignee of § CASE NO. 09-CV-00845-CAS-AJWx
Toni McCormick and The Estate of §
Gordon C. McCormick §
**Plaintiff** §
§ **FINAL JUDGMENT**
-v- §
§
§
The Hawaii Corporation §
**Defendant** §

THIS CAUSE came before the Court upon Omega Consulting's Motion For Final Judgment against Defendant, The Hawaii Corporation.

THE COURT has considered the motion and pertinent portion of the record, and is otherwise fully advised of the premises, and the Clerk having entered a default against the Defendant, and good cause having been shown therefore, it is, by the Court,

ORDERED: That Final Judgment is entered in favor of Omega Consulting pursuant to Fed.R.Civ.P. 55(b)(2) against The Hawaii Corporation. Additionally, it is further ORDERED that the plaintiff, Omega Consulting, recover the following from Defendant:

(CAS) (1) $220,187.05 in liquidated damages, *i.e.,* principal plus simple interest, and

(2) $350 in costs of court

Therefore, the Court enters judgment for plaintiff in the amount of $220,537.05. The total shall bear interest at the federal rate of interest for this district as of the date of judgment until paid. All other relief not expressly granted herein against the defendant is DENIED.

This is a FINAL JUDGMENT.

DONE AND ORDERED this 27th day of July, 2009.

_____
PRESIDING JUDGE
Christina A. Snyder